THOMAS J. MAY, Respondent, v. CLARA MAY FIELD, Appellant, JOHN H. MAY, JR., and ANNA E. MADDEN, Respondents.— Judgment affirmed, with costs. Orders affirmed, without costs. Memorandum: In this partition action all the defendants, including appellant, filed a general appearance, defaulted in answering and, later, waived notice of all proceedings except (1) notice of sale and (2) notice of distribution of proceeds. However, when plaintiff made application to confirm the report of the referee appointed to sell the property, and to obtain final judgment, the appellant appeared and objected on various grounds: (1) That the premises were capable of actual partition without prejudice to the owners; (2) that appellant had been denied the allowance of certain claims (which, however, she had not asserted by answer); (3) that the purchaser (who is the wife of plaintiff) purchased, in pursuance of a fraudulent scheme with her husband to defeat certain claims that defendant has against the plaintiff personally; and (4) that the purchaser was of insufficient means to carry out the purchase. None of these objections which are the basis of this appeal has merit. The purchaser has actually paid the amount of her bid, and the money has been distributed to the heirs. Appellant alone has declined to accept her share of the proceeds of the sale and it has been paid into court to her credit. All concur. (The judgment confirms the referee's report of sale in a partition action; one order confirms the sale and the other order vacates a stay of proceedings and denies a motion to set aside the interlocutory and final judgments.) Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

CARL W. GERTIS, Respondent, v. HARRY HANNIGAN, Defendant, and ARDELLA HANNIGAN, Appellant.— Order so far as appealed from modified so as to provide that the costs are to the appellant to abide the event and as so modified affirmed, without costs of this appeal to either party. All concur. (The portion of the order appealed from resettled a previous order of reversal of a judgment of the Buffalo City Court, in an action on a promissory note.) Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

CHARLES B. PECK, Respondent, v. CITY DELIVERY & STORAGE CORP., Appellant. — Judgment affirmed, with costs, on the ground that a fair question of fact was presented both as to negligence and contributory negligence and that there was no substantial error of law. All concur. (The judgment affirms a judgment of the Rochester City Court, Civil Branch, in an automobile negligence action.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, Respondent, v. GURNEY REALTY COMPANY, Appellant, and Others, Defendants.— Order reversed on the law so far as it relates to the second separate defense and motion denied as to the second defense and order otherwise affirmed, without costs of this appeal to either party. All concur, except Lewis, J., who dissents and votes for affirmance. (The order grants a motion to strike out certain parts of an answer in a foreclosure action.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.